JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BON APPETIT DANISH, INC., a California corporation, and BON APPETIT SPECIALTY SNACKS, LLC, a California limited liability company<br><br>    Plaintiffs,<br><br>v.<br><br>IASE COMPANY, INC., a New Jersey Corporation and DOES 1 through 50, inclusive,<br><br>    Defendants. | No. 2:19-cv-10784-JAK-SK<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF ACTION COMPLAINT WITH PREJUDICE (DKT. 28)** |
| IASE COMPANY, INC., a New Jersey Corporation,<br><br>    Counter Claimants,<br><br>v.<br><br>BON APPETIT DANISH, INC., a California corporation, and BON APPETIT SPECIALTY SNACKS, LLC, a California limited liability company<br><br>    Cross-Defendants. | |

Based on a review of the parties' Stipulation for Dismissal of Action Complaint with Prejudice (the "Stipulation" (Dkt. 28)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED.** The above-captioned civil action is dismissed in its entirety, with prejudice, with each party bearing its own attorney's fees and costs. Accordingly, the Order to Show Cause Re Dismissal (Dkt. 27) is discharged, and the associated hearing is taken off calendar.

**IT IS SO ORDERED.**

DATED: June 4, 2021

John A. Kronstadt
United States District Judge